IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :

                                  :

      v.                          : Criminal No. 06-76 GMS

                                  :

CHIAN SPIRIT MARITIME
ENTERPRISES, et al.               :

### NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned

defendants is scheduled for **Thursday, September 7, 2006, at 10:00 a.m.** before the Honorable

Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street,

Wilmington, DE.   The conference will be held in chambers and counsel only need appear.


                              /s/ Gregory M. Sleet
                              UNITED STATES DISTRICT JUDGE


August 22, 2006