# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Siravo

\* Admitted in NJ
\*\* Admitted in USDC-SD Tx

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

George M. Chalos
Partner
gmc@codus-law.com

September 8, 2006

**VIA U.S. MAIL**

Hon. Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 19
Wilmington, DE 19801

Re:   United States of America v. Chian Spirit Maritime Enterprises, et al.
      Criminal No. 06-76 GMS

Dear Judge Sleet:

    We are attorneys for defendants Chian Spirit Maritime Enterprises, Inc. and Venetico Marine S/A, and write in connection with the above referenced matter and further to our attendance before the Court on September 7, 2006. In this regard, and as Your Honor will recall, the name of our Firm has changed as of September 1, 2006 from Fowler, Rodriguez & Chalos, LLP to Chalos, O'Connor & Duffy, LLP, and as such, we are filing this Notice of Change of Firm Name. As per our telecoms with Your Honor's Chambers regarding this issue following our appearance before the Court, we were instructed to submit a letter to Your Honor in this regard.

    Accordingly, we respectfully submit the attached Notice of Change of Firm Name for Your Honor's consideration, and thank this Honorable Court for its time and consideration.

Respectfully submitted,

CHALOS, O'CONNOR & DUFFY, LLP

George M. Chalos

GMC/gkk
Encl:

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CHALOS, O'CONNOR & DUFFY LLP

Cc:   Edmond Falgowski, Esq. – Assistant U.S. Attorney
      U.S Department of Justice
      United States Attorney
      District of Delaware
      Nemours Building
      1007 Orange Street, Suite 700
      Post Office Box 2046
      Wilmington, Delaware 19899-2046

      Mark Kottila, Esq.
      Jeffrey Phillips, Esq.
      U.S. Department of Justice
      Environmental Crimes Section
      P.O. Box 878
      Ben Franklin Station
      Washington, D.C. 20004