UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
------------------------------------------------------------x
UNITED STATES OF AMERICA

                           v.                          Criminal No. 06-76 GMS

**NOTICE OF CHANGE
OF FIRM NAME**

CHIAN SPIRIT MARITIME
ENTERPRISES, et al.
------------------------------------------------------------x

TO:    THE CLERK OF COURT AND ALL PARTIES

        PLEASE TAKE NOTICE that counsel for defendants, CHIAN SPIRIT MARITIME ENTERPRISES, INC. and VENETICO MARINE S/A, formerly named Fowler, Rodriguez & Chalos, LLP, have changed the name of the law firm to Chalos, O'Connor & Duffy, LLP.

        All future reference to the Firm in this matter should be to Chalos, O'Connor & Duffy, LLP. The Firm's and its lawyer's addresses, phone numbers and faxes have not been affected by this change. The only change is the email address of attorney George M. Chalos, Esq., to gmc@codus-law.com.



FILED

OCT - 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: Port Washington, New York
      September 8, 2006

                          CHALOS, O'CONNOR & DUFFY, LLP
                          Attorneys for Defendant
                          CHIAN SPIRIT MARITIME ENTERPRISES
                          and VENETICO MARINE S/A

           By: _____
                          George M. Chalos (GC-8693)
                          366 Main Street
                          Port Washington, New York 11050
                          Tel:    (516) 767-3600
                          Fax:   (516) 767-3605
                          Email: gmc@codus-law.com