IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-76 GMS |
| | : |
| CHIAN SPIRIT MARITIME ENTERPRISES, et al. | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the change of plea/sentencing hearing regarding the defendants Chian Spirit Maritime Enterprises, Inc. and Venetico Marine S/A Irene E/M is scheduled for **Monday, January 29, 2007, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 22, 2007