IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-76-01-GMS |
| | ) | |
| CHIAN SPIRIT MARITIME | ) | |
| ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Ronald J. Tenpas, Assistant Attorney General for the Environment and Natural Resources Division, United States Department of Justice, and Deborah Harris, Assistant Chief, Environmental Crimes Section, and pursuant to the Memorandum of Plea Agreement executed January 29, 2007, moves this Honorable Court to dismiss Counts 1, 3, 4, and 5 of the Indictment as it charges the above-captioned defendant.

RONALD J. TENPAS
Assistant Attorney General

By: *Deborah Harris*
Deborah Harris
Assistant Chief

Dated: 2/7/08

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court